OTIS CORBETT, Respondent, *v.* THE SPRING GARDEN INSURANCE
COMPANY, Appellant.

Reported below, 40 App. Div. 628.
(Submitted October 2, 1899; decided October 10, 1899.)

MOTION to place upon the present calendar an appeal from a
judgment of the Appellate Division of the Supreme Court in
the first judicial department, entered May 23, 1899, affirming a
judgment in favor of plaintiff entered upon a verdict and an
order denying a motion for a new trial.

The motion was made upon the grounds: 1. That this is the
second appeal in the case; the return on the first appeal was
filed April 27, 1895, a calendar having been made up January
14, 1895, and was placed upon the calendar made up January
18, 1897 ; a new trial was ordered and the return in the present
appeal was filed September 7, 1899, the present calendar hav-
ing been made up March 13, 1899 ; that section 195 of the
Code of Civil Procedure does not necessarily apply to the next

calendar after the return is filed, but may be construed to apply to the present calendar.

2. That one of the witnesses for respondent is of an age that indicates a possibility of his death before a new trial could be had in case one should be ordered by the Court of Appeals

*Lenehan & Dowley* for motion.

*Cardozo & Nathan,* opposed.

Motion denied, without costs.